IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bradley J. Crane, a single man, | No. CV 06-092 TUC FRZ (HCE) |
| Plaintiff/Counterdefendant, | **ORDER** |
| v. | |
| Native American Air Ambulance, Inc., a Nevada corporation, | |
| Defendant/Counterclaimant. | |

This matter was referred to Magistrate Judge Hector C. Estrada for report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2 of the Rules of Practice of the United States District Court for the District of Arizona, Local Rules of Civil Procedure, and Rules 72(b) and 54(d)(2)(D) of the Federal Rules of Civil Procedure.

Magistrate Judge Estrada issued his Report and Recommendation, filed January 29, 2007, recommending that this Court grant Defendant's Motion for Attorneys' Fees and award Defendant attorneys' fees to be paid by Attorney Douglas H. Clark, Jr., in an amount to be determined upon further consideration. Magistrate Judge Estrada further recommends that the Court deny Plaintiff's request for attorneys' fees set forth in Plaintiff's Brief on Issue of Liability and Entitlement of Attorneys' Fees.

No objections have been filed.

1    Pursuant to the provisions of 28 U.S.C. § 636(b), in light of no objections,
2    **IT IS ORDERED** that Magistrate Judge Estrada's Report and Recommendation
3    [Doc. #29] is hereby **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions
4    of law by this Court;
5    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorneys' Fees [Doc. # 25]
6    is **GRANTED**;
7    **IT IS FURTHER ORDERED** that this matter is referred to Magistrate Judge Estrada
8    for report and recommendation, pursuant to 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and
9    LRCiv 72.2, for a determination of an amount of attorneys' fees to be awarded, in accordance
10   with the Report and Recommendation adopted pursuant to this Order.

12   DATED this 23rd day of February, 2007.

*[signature]*
FRANK R. ZAPATA
United States District Judge

- 2 -