IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bradley J. Crane, a single man, | No. CV 06-092 TUC FRZ (HCE) |
| Plaintiff/Counterdefendant, | **ORDER** |
| v. | |
| Native American Air Ambulance, Inc., a Nevada corporation, | |
| Defendant/Counterclaimant. | |

This matter was referred to Magistrate Judge Hector C. Estrada for report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2 of the Rules of Practice of the United States District Court for the District of Arizona, Local Rules of Civil Procedure, and Rules 72(b) and 54(d)(2)(D) of the Federal Rules of Civil Procedure. On January 29, 2007, Magistrate Judge Estrada issued his Report and Recommendation, recommending that this Court grant Defendant's Motion for Attorneys' Fees and award Defendant attorneys' fees to be paid by Attorney Douglas H. Clark, Jr., in an amount to be determined upon further consideration. Magistrate Judge Estrada further recommended that the Court deny Plaintiff's request for attorneys' fees set forth in Plaintiff's Brief on Issue of Liability and Entitlement of Attorneys' Fees. No objections were filed.

The Court issued its Order, filed February 26, 2007, adopting the Report and Recommendation, thereby granting Plaintiff's Motion for Attorneys' Fees.

This matter was referred back to Magistrate Judge Estrada for a determination of an amount of attorneys' fees to be awarded. Defendant/Counterclaimant Native American Air Ambulance, Inc. filed its application for attorney fees and the parties fully briefed the issue. A hearing was held on this matter before Magistrate Judge Estrada

On March 28, 2008, upon the review of all matters submitted and oral argument, Magistrate Judge Estrada issued his Report and Recommendation, recommending that the Court award attorney's fees to Native American Air Ambulance, Inc., to be paid by attorney Douglas H. Clark, Jr., attorney for Plaintiff/Counter-Defendant Bradley J. Crane, in the amount of $63,246.95. The Report and Recommendation clearly set forth that written objections may be served within ten days, after being served with a copy of the Report and Recommendation, pursuant to 28 U.S.C. § 636(b). The parties were further advised that the right to *de novo* review by the District Court may be deemed waived if the parties failed to file timely objections. See *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.)(*en banc)*, *cert. denied*, 540 U.S. 900, 124 S.Ct. 238 (2003).

No objections have been filed.

Upon review of all matters presented, pursuant to the provisions of 28 U.S.C. § 636(b), and in light of no objections,

**IT IS ORDERED** that Magistrate Judge Estrada's recommendation that Defendant be awarded attorney's fees in the amount of $63,246.95 is hereby **ACCEPTED** and **ADOPTED** by this Court;

**IT IS FURTHER ORDERED** that Defendant's Application for Attorneys' Fees [Doc. # 43] is **GRANTED,** in part, in accordance with this Order;

**IT IS FURTHER ORDERED** that, there being no further issue before the Court, Judgment be entered in favor of Native American Air Ambulance, Inc. accordingly.

DATED this 6th day of May, 2008.

FRANK R. ZAPATA
United States District Judge